SEYFARTH SHAW LLP
Leo Q. Li (SBN 293539)
E-mail: lli@seyfarth.com
David J. Kim (SBN 349802)
E-mail: dakim@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Heriberto Alvarez, Jr. (SBN 307048)
E-mail: halvarez@seyfarth.com
601 S. Figueroa Street, Suite 3300
Los Angeles, California 90017
Telephone: (213) 270-9600
Facsimile: (213) 213-9601

Attorneys for Defendant
CAMDEN DEVELOPMENT, INC.

LIPELES LAW GROUP, APC
Kevin A. Lipeles (SBN 244275)
E-mail: kevin@kallaw.com
Thomas H. Schelly (SBN 217285)
E-mail: thomas@kallaw.com
Jasmine J. Badawi (SBN 335433)
E-mail: jasmine@kallaw.com
880 Apollo St., Suite 336
El Segundo, California 90245
Telephone: (310) 322-2211
Facsimile: (310) 322-2252

Attorneys for Plaintiff ADAM ANDRU SUTTON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM ANDRU SUTTON, an individual, on his own behalf and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMDEN DEVELOPMENT, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:24-cv-07407-MCS-AGR<br><br>**JOINT STIPULATION TO DISMISS PLAINTIFF'S INDIVIDUAL CLAIMS AND ENTIRE ACTION WITHOUT PREJUDICE**<br><br>Date Action Filed: July 16, 2024<br>Trial date: December 23, 2025 |

**TO THE HONORABLE COURT:**

Pursuant to Federal Rules of Civil Procedure 41(a)(1), Plaintiff Adam Andru Sutton ("Plaintiff") and Defendant CAMDEN DEVELOPMENT, INC. ("Defendant") (collectively, "the Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

WHEREAS, on July 16, 2024, Plaintiff filed his putative class action complaint against Defendant in the Los Angeles County Superior Court, Case No. 24STCV17682;

WHEREAS, on August 30, 2024, Defendant removed this action to the United States District Court, Central District of California, where it is now pending before this Court (ECF No. 1);

WHEREAS, on September 6, 2024, Defendant filed its Answer to Plaintiff's Complaint (ECF No. 10);

WHEREAS, on February 26, 2025, the Parties filed a Joint Stipulation to dismiss the class action claims without prejudice, with each party to bear its own fees and costs, so that the dismissal will not have any adverse impact on the absent class members (ECF No. 26);

WHEREAS, on March 5, 2025, this Court granted the Parties' Joint Stipulation and dismissed Plaintiff's class claims against Defendant without prejudice, and thus, the only remaining claims in this action are Plaintiff's individual claims (ECF No. 28);

WHEREAS, Plaintiff now wishes to dismiss the remaining individual claims in this action, without prejudice; and

WHEREAS, the Parties agree to dismiss the entire action, including Plaintiff's individual claims, without prejudice, with each party to bear its own fees and costs.

THEREFORE, subject to the approval of this Court, it is hereby stipulated and agreed, by and between the Parties, as follows:

1. Plaintiff's individual claims shall be dismissed without prejudice; and

2. The entire action is dismissed without prejudice, and each party shall bear its own fees and costs with respect to this action.

**IT IS SO STIPULATED.**

**SIGNATURE ATTESTATION**

Pursuant to Local Rule 5-4.3.4(a)(2), the electronic filer below hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: April 21, 2025               Respectfully submitted,

                                    SEYFARTH SHAW LLP

                                    By:/s/ *Heriberto Alvarez, Jr.*
                                        Leo Q. Li
                                        Heriberto Alvarez, Jr.
                                        David J. Kim

                                        Attorneys for Defendant
                                        CAMDEN DEVELOPMENT, INC.

DATED: April 21, 2025               Respectfully submitted,

                                    LIPELES LAW GROUP, APC

                                    By:/s/ *Kevin A. Lipeles*
                                        Kevin A. Lipeles
                                        Thomas H. Schelly
                                        Jasmine J. Badawi

                                        Attorneys for Defendant
                                        ADAM ANDRU SUTTON